THE UNITED STATES DISTRICT FEDERAL COURT

CUYAHOGA COUNTY

CLEVELAND. OHIO 44113

FILED
2019 NOV 15  AM 11: 57
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

PLAINTIFF;

SECUNDA A WILLIAMS

13800 FAIRHILL RD

SHAKER HTS OHIO 44121

CASE!
1:19 CV 2685
JUDGE POLSTER
MAG. JUDGE BAUGHMAN

Judge!

DEFENDANT;

CUYAHOGA METROPOLITION

HOUSING AUTHURITY

8120 KINSMAN AVE

5715 WOODLAND AVE

CLEVELAND.OHIO 44104

[EMPLOYIES]                                    COMPLAINT

AS IT MAY STATE, I SECUNDA A WILLIAMS THE FIDUCARY OF ALL AUTHURITY, ON JULY 2, 2019 WAS FASLEY ACCUSED OF AN SQUATTERS AND SQUATTER WORKERS THAT SOUTH PARK MANOR UNIT OWNERSHIP ASS 2520 N. MORELANDCASE 17CRB00258 SOMETHING THAT HAPPANED 2016. LOCKED ME UPGAVE PERSONAL BOND 5000 2937.43.. JUDGE SECUNDA A WILLIAMS IS LOOKING FOR AN SETTLEMENT FROM THE FEDERAL CLAIM, AND RESTORE AND CLEAR THE PROBLEM.

THANK YOU[STOP THE FRAUD WARRANTS]    [JUDGE  SECUNDA A WILLIAMS]